UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

ROBERT CHICKIS,

    Plaintiff,

v.

WARNER CHILCOTT
CORPORATION, et al,

    Defendants.                      No. 13-cv-186-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on May 2, 2013, this case is **DISMISSED** with prejudice.

                NANCY J. ROSENSTENGEL,
                CLERK OF COURT


                BY:      /s/*Sara Jennings*
                            **Deputy Clerk**

Dated:  August 7, 2013

Digitally signed by
David R. Herndon
Date: 2013.08.07
16:14:42 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT